# EXHIBIT B

| To: | Forest Coin Inc. (eric@envision-capital.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87801470 - FORESTCOIN - N/A |
| **Sent:** | 6/3/2018 2:22:20 PM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87801470

**MARK:** FORESTCOIN

# *87801470*

**CORRESPONDENT ADDRESS:**
   FOREST COIN INC.
   FOREST COIN INC.
   2206 LINCOLN BLVD
   SANTA MONICA, CA 90405

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Forest Coin Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
   N/A
**CORRESPONDENT E-MAIL ADDRESS:**
   eric@envision-capital.com

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 6/3/2018**

 The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:

- Prior-filed Pending Application
- Section 2(e)(1) Refusal
- Identification of Services
- TEAS Plus Status Lost: Fee Requirement

**Search Results**

The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no similar registered marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).  However, a mark in a prior-filed pending application may present a bar to registration of applicant's mark.

**Prior-filed Pending Application Advisory**

The filing date of pending U.S. Application Serial No. 87732448 precedes applicant's filing date.  See attached referenced application.  If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks.  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.*  Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application.  Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

Applicant must also respond to the refusal and requirement(s) set forth below.

**SECTION 2(e)(1) REFUSAL - MERELY DESCRIPTIVE**

Registration is refused because the applied-for mark merely describes a feature, characteristic, purpose, or function of applicant's services.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

The proposed mark is FORESTCOIN for

| Class 35 | Association services, namely, promoting the interests of the intelligent management and use of forests, soil, water, wildlife, alternative energy sources, and all other natural resources; Promoting forestry, timber, environmental markets, sustainability, ecosystems and biodiversity, carbon offsets and responsible investment; promoting public appreciation of natural resources and their part in the social, recreational and economic life; sponsoring awareness programs which seek to help meet national needs for sustainable forestry and forest products, to enhance productivity of private non-industrial forest resources, to maximize benefits to private woodland owners, and to provide advice to forest owners; and making legislative recommendations regarding the environment and forest ecosystems at the governmental level |
|---|---|
| Class 36 | Financial administration of an exchange for tracking transfers, trading and transmitting digital assets and currencies for transactions involving digital assets, virtual currencies, namely, cryptocurrencies and digital tokens, commodities, financial derivatives and credits, whole or fractional interests in assets, energy, alternative energy, solar, forests or real property; Financial services, namely, providing a digital asset, virtual currency, namely, a cryptocurrency or token, providing the electronic exchange of value or interests in other digital or non-digital assets for use by members of an on-line community via a global computer network; Digital asset and exchange services, namely, providing a decentralized autonomous community run on blockchain providing an online exchange platform for trading and transmitting digital assets and virtual currencies, namely, cryptocurrencies and digital tokens, exchange and trading platform.; Providing grants for research in forestry, timber, environmental markets, sustainability, ecosystems and biodiversity, carbon offsets and responsible investment |
| Class 42 | Application service provider featuring application programming interface (API) software for the use as a Software as a Service (SaaS), and Token as a Service (TaaS) services featuring software for facilitating the use of a blockchain or distributed ledger to execute transactions, namely, managing, buying, selling, storing, and record financial, commodity, or other asset transactions.; Providing temporary use of on-line non-downloadable software and applications for use in collecting, transferring, receiving, tracking, storing and transferring information relating to digital assets, virtual currencies, namely, cryptocurrencies and digital tokens, commodities, financial derivatives and credits, whole or fractional interests in assets, energy, alternative energy, solar, forests or real property |

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services.  TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents* , 252 U.S. 538, 543 (1920)).

The words in the mark are defined as follows:

FOREST— A growth of trees and other plants covering a large area

COIN— a unit of a cryptocurrency

See the attached definitions from *Merriam-Webster's Online Dictionary*, 11th Edition and *The American Heritage® Dictionary of the English Language,* Fifth Edition.

In the context of the identified services, the wording "FORESTCOIN" describes association, promotional, financial, and software services that feature or involve units of cryptocurrency used in the field of forestry or forested land.

The determination of whether a mark is merely descriptive is made in relation to an applicant's goods and/or services, not in the abstract. *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012); *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see, e.g.*, *In re Polo Int'l Inc.* , 51 USPQ2d 1061, 1062-63 (TTAB 1999) (finding DOC in DOC-CONTROL would refer to the "documents" managed by applicant's software rather than the term "doctor" shown in a dictionary definition);  *In re Digital Research Inc.*, 4 USPQ2d 1242, 1243-44 (TTAB 1987) (finding CONCURRENT PC-DOS and CONCURRENT DOS merely descriptive of "computer programs recorded on disk" where the relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).

"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test."   *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

The information found on applicant's website shows that applicant's services feature and involve cryptocurrency to be used for protecting forests.  The following information can be found at https://www.forestcoin.com/ and https://www.forestcoin.com/programs (italics added for emphasis):

At ForestCoin we are a *Crypto Currency* that is dedicated to *raising funds to purchase and preserve Forests Worldwide*! We *promote initiatives to serve the forests* that need them most. We believe in taking action with urgency in order to raise public awareness about some of the most *pressing issues facing today's forests* . Please join us by supporting our efforts to make a measurable difference in the air we breathe contributed by the *forests* we are protecting in this world that we live in.

You know all of the National Parks and Forests that our current administration is doing away with? Well, we are the *crypto currency that is going to save our forests. So if you think that our National Parks and Forests are are important?  Then invest in ForestCoin.*  Imagine a *crypto currency that is dedicated to save the forests of our planet*?  Our decision making process is informed by comprehensive empirical studies and high quality data evaluation. We strive to build productive relationships and make a positive impact with all of our pursuits

- ForestCoin - *Saving National Parks and US Forests by preserving them with our currency*.

- *Water & Power for every community around every forest and rain-forest that we protect* with FC off-grid perpetual Water and Power

- "come  join a team that is saving Forests today,  we need you, like we need every tree."…OurTokens Plants Trees. Our Currency has value in Biomass and Cabon Credits. https://www.forestcoin.com/about

The proposed mark is a combination of descriptive terms that do not create an incongruous meaning in relation to the identified services. Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable.  *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1516 (TTAB 2016) (citing *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB (2002)); TMEP §1209.03(d); *see, e.g.*, *Apollo Med. Extrusion Techs., Inc. v. Med. Extrusion Techs., Inc.*, 123 USPQ2d 1844, 1851 (TTAB 2017) (holding MEDICAL EXTRUSION TECHNOLOGIES merely descriptive of medical extrusion goods produced by employing medical extrusion technologies); *In re Cannon Safe, Inc.*, 116 USPQ2d 1348, 1351 (TTAB 2015) (holding SMART SERIES merely descriptive of metal gun safes); *In re King Koil Licensing Co.*, 79 USPQ2d 1048, 1052

(TTAB 2006) (holding THE BREATHABLE MATTRESS merely descriptive of beds, mattresses, box springs, and pillows).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Colonial Stores, Inc.*, 394 F.2d 549, 551, 157 USPQ 382, 384 (C.C.P.A. 1968); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's services and do not create a unique, incongruous, or nondescriptive meaning in relation to the services. Specifically, the applicant's identified services feature and involve cryptocurrency that is to be used for protecting forests. Accordingly, registration is refused under Section 2(e)(1) of the Trademark Act.

Although applicant's mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration.

If applicant responds to the refusal, applicant must also respond to the requirement(s) set forth below.

## PROCEDURAL REQUIREMENTS

### Identification of Services

The wording "Promoting forestry, timber, environmental markets, sustainability, ecosystems and biodiversity, carbon offsets and responsible investment; promoting public appreciation of natural resources and their part in the social, recreational and economic life; sponsoring awareness programs which seek to help meet national needs for sustainable forestry and forest products, to enhance productivity of private non-industrial forest resources, to maximize benefits to private woodland owners, and to provide advice to forest owners; and making legislative recommendations regarding the environment and forest ecosystems at the governmental level" in the identification of Class 35 services is indefinite and must be clarified to further specify the type of promotional, sponsorship, and legislative related services. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The wording "Financial services, namely, providing a digital asset, virtual currency, namely, a cryptocurrency or token, providing the electronic exchange of value or interests in other digital or non-digital assets for use by members of an on-line community via a global computer network; Digital asset and exchange services, namely, providing a decentralized autonomous community run on blockchain providing an online exchange platform for trading and transmitting digital assets and virtual currencies, namely, cryptocurrencies and digital tokens, exchange and trading platform" in the identification of Class 36 services is indefinite and must be clarified to further specify the nature of the digital asset and blockchain services. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

Applicant must amend the wording "Application service provider featuring application programming interface (API) software for the use as a Software as a Service (SaaS), and Token as a Service (TaaS) services featuring software for facilitating the use of a blockchain or distributed ledger to execute transactions, namely, managing, buying, selling, storing, and record financial, commodity, or other asset transactions" to clarify the type and function of the API software.

Applicant may substitute the following wording, if accurate:

Class 35    Association services, namely, promoting the interests of the intelligent management and use of forests, soil, water, wildlife, alternative energy sources, and all other natural resources; **promoting public awareness in the fields of forestry, timber, environmental markets, sustainability, ecosystems and biodiversity, carbon offsets and responsible investment**; **promoting public awareness of natural resources and their part in the social, recreational and economic life**; **promoting public awareness of the national need for sustainable forestry and forest products through programs designed to enhance productivity of private non-industrial forest resources, to maximize benefits to private woodland owners, and to provide advice to forest owners**; **commercial lobbying services in the field of environment and forest ecosystems**

Class 36    Financial administration of an exchange for tracking transfers, trading and transmitting digital assets and currencies for transactions involving digital assets, virtual currencies, namely, cryptocurrencies and digital tokens, commodities, financial derivatives and credits, whole or fractional interests in assets, energy, alternative energy, solar, forests or real property; **Financial services, namely, providing a virtual currency in the nature of a digital asset and cryptocurrency or token exchange service that provides the electronic exchange of value or interests in other digital or non-digital assets for use by members of an on-line community via a global computer network**; **cryptocurrency exchange of digital assets, namely, providing a decentralized autonomous community run on a global computer network using a blockchain that provides an online exchange platform for trading and transmitting digital assets and virtual currencies, namely, cryptocurrencies and digital tokens**; Providing grants for research in forestry, timber, environmental markets, sustainability, ecosystems and biodiversity, carbon offsets and responsible investment

Class 42   **Application service provider featuring application programming interface (API) software for use as a Software as a Service (SaaS) and Token as a Service (TaaS) featuring software for facilitating the use of a blockchain or distributed ledger to execute transactions, namely, managing, buying, selling, storing, and recording financial, commodity, or other asset transactions**; Providing temporary use of on-line non-downloadable software and applications for use in collecting, transferring, receiving, tracking, storing and transferring information relating to digital assets, virtual currencies, namely, cryptocurrencies and digital tokens, commodities, financial derivatives and credits, whole or fractional interests in assets, energy, alternative energy, solar, forests or real property

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended.  *See* 37 C.F.R. §2.71(a); TMEP §1402.06.  Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended.  *See* TMEP §1402.06(a)-(b).  The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification.  TMEP §§1402.06(b), 1402.07(a)-(b).  Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted.  TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable  *U.S. Acceptable Identification of Goods and Services Manual*.  *See* TMEP §1402.04.

## TEAS Plus Status Lost: Fee Requirement

Applicant must submit an additional processing fee of $125 per class because the application as filed did not meet the TEAS Plus application filing requirements.  *See* 37 C.F.R. §§2.6(a)(1)(v), 2.22(a), (c); TMEP §§819.01 *et seq.*, 819.04.  Specifically, applicant failed to meet the following application filing requirement(s):  the identification of services includes wording not taken from the USPTO's  *U.S. Acceptable Identification of Goods and Services Manual*.

The additional fee is required even if applicant later corrects these application requirements.

## Response Guidelines

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights.  *See* TMEP §§705.02, 709.06.

**The USPTO proposes to change federal trademark rules to require** applicants and registrants to (1) file submissions concerning applications and registrations online using the USPTO's Trademark Electronic Application System (TEAS) and (2) provide and maintain an accurate email address for receiving correspondence from the USPTO. See the Mandatory Electronic Filing Rules webpage for more information.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

/Yatsye I. Lee/
Trademark Examining Attorney
Law Office 107
Phone: 571-272-3897
yatsye.lee@uspto.gov (for informal inquiries)

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: Jun 1, 2018**                    **87732448**                    **Issue: Jul 3, 2018**

**DESIGN MARK**

**Serial Number**
87732448

**Status**
PUBLISHED FOR OPPOSITION

**Word Mark**
FORESTCOIN

**Standard Character Mark**
Yes

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Tender Software Pty Ltd (ACN 608 622 420) CORPORATION AUSTRALIA 111/10
Albert Avenue Broadbeach AUSTRALIA 4218

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: Financial
services, namely, providing a digital currency, virtual currency,
cryptocurrency, namely, providing an encrypted virtual currency and
providing alternative currencies in the nature of providing electronic
transfer of funds for use by members of an on-line community via a
global computer network.

**Filing Date**
2017/12/22

**Examining Attorney**
BROWN, TRICIA L

**Attorney of Record**
Sonia F. Lakhany

-1-

# FORESTCOIN



Search

**for·est**  (fôr ĭst, fŏr -)

Share: Tweet

n.
1. A growth of trees and other plants covering a large area.
2. A large number of objects bearing a similarity to such a growth, especially a dense collection of tall objects: a forest of skyscrapers.
3. A defined area of land formerly set aside in England as a royal hunting ground.

tr.v. **for·est·ed, for·est·ing, for·ests**
    To plant trees on or cover with trees.

[Middle English, from Old French, from Medieval Latin forestis (silva), outside (forest), from Latin forīs, outside; see **dhwer-** **in the Appendix of Indo-European roots**.]

**for   est·al, fo·res   tial** (fə-rĕs   chəl) *adj*.
**for′es·ta   tion** *n*.

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2018 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

### The American Heritage Dictionary Blog

Check out our blog, updated regularly, for new words and revised definitions, interesting images from the 5th edition, discussions of usage, and more.

Most Recent posts:

▸ **Interview with Conscious Style Guide**
▸ **Getting down to the nitty-gritty of reduplication**
▸ **January 2018 Content Update**
▸ **Functional shift again**

 **HOW TO USE THE DICTIONARY**

Learn what the dictionary tells you about words.

**GET STARTED NOW!** ▸

Some compound words (like *bus rapid transit, dog whistle*, or *identity theft*) don't appear on the drop-down list when you enter them into the search window. If a compound term doesn't appear in the drop-down list, try entering the term into the search window and then hit the search button (instead of the "enter" key). Alternatively, begin searches for compound terms with a quotation mark.

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. The Panelists are surveyed annually to gauge the acceptability of particular usages and grammatical constructions.

**THE PANELISTS** ▸

**NEED HELP SOLVING A CROSSWORD PUZZLE?**

Go to our Crossword Puzzle Solver and type in the letters that you know, and the Solver will produce a list of possible solutions.

**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android.

**INDO-EUROPEAN & SEMITIC ROOTS APPENDICES**

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

**INDO-EUROPEAN ROOTS** ▸

**SEMITIC ROOTS** ▸

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

**THE 100 WORDS**°

See word lists from the best-selling 100 Words Series!

**FIND OUT MORE!** ▸

**INTERESTED IN DICTIONARIES?**

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

Houghton Mifflin Harcourt    Privacy Policy | Terms & Conditions of Use
The *You Are Your Words* word cloud generator is no longer available.
Copyright 2018 Houghton Mifflin Harcourt. All rights reserved.

https://www.ahdictionary.com/word/search.html?q=forest

6/1/2018 4:55 PM





² **coin**

*verb*

**Definition of COIN**

transitive verb

1   **a** : to make (a coin) especially by stamping : MINT
    **b** : to convert (metal) into coins

2   : CREATE, INVENT · *coin* a phrase
transitive verb

1   **a** : to make (a coin) especially by stamping : MINT
    **b** : to convert (metal) into coins

2   : CREATE, INVENT · *coin* a phrase

—**coiner** \ˈkȯi-nər\ *noun*

—**coin money**
: to get rich quickly

See *coin* defined for English-language learners

**Examples of COIN in a Sentence**

The coach *coined* the phrase "refuse to lose."

William Shakespeare is believed to have *coined* many words.

The nation plans to *coin* more money.

**Recent Examples of COIN from the Web**

Especially with the rise of social media, new terms are *coined* all the time, including in the arena of sexuality.
   — Sophie Saint Thomas, *Allure*, "11 Sex Acts You've Always Been Curious About, Defined," 15 May 2018

Unconscious, or implicit bias, was *coined* by psychologists a little more than two decades ago, and came into more common use after a string of high-profile police shootings.
   — Vanessa Hua, *San Francisco Chronicle*, "Training alone won't end implicit bias," 18 Apr. 2018

The Hourglass District is different because it was *coined* by Fernandez and was never considered public property, Gibbs added.
   — Mary Shanklin, *OrlandoSentinel.com*, "Hourglass District trademark becomes developers' turf battle," 26 Feb. 2018

*These example sentences are selected automatically from various online news sources to reflect current usage of the word 'coin.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.*

**First Known Use of COIN**

14th century

*in the meaning defined at* sense 1a

See Words from the same year

**Other Monetary Terms**

clad, legend, numismatic, obverse, reverse, scrip, series, specie

³ **coin**

*adjective*

**Definition of COIN**

1   : of or relating to coins

2   : operated by coins

**Recent Examples of COIN from the Web**

**Recent Examples of COIN from the Web**

The victim told him where to find a bedroom safe and *coin* jar, which together contained $230.
   — Kim Chatelain, *NOLA.com*, "Franklinton man to serve 15 years for armed robbery in bathroom," 21 June 2017

*These example sentences are selected automatically from various online news sources to reflect current usage of the word 'coin.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.*

**First Known Use of COIN**         **Other Monetary Terms**

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ >

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant   sichophant
sycophant   sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ >

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ >

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant   sichophant
sycophant   sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ >

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ >

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant   sichophant
sycophant   sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ >

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ >

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant   sichophant
sycophant   sicophent



circa 1566

*in the meaning defined at* _sense 1_

See Words from the same year›

clad, legend, numismatic, obverse, reverse, scrip, series, specie

## Phrases Related to COIN

### Related Phrases

the other/opposite/flip side of the coin

toss/flip a coin

two sides of the same coin

## COIN Defined for English Language Learners

### coin 🔊

*noun*

**Definition of COIN for English Language Learners**

: a small, flat, and usually round piece of metal issued by a government as money

### coin

*verb*

**Definition of COIN for English Language Learners**

: to create (a new word or phrase) that other people begin to use

: to make (money in the form of coins)

## COIN Defined for Kids

### ¹ coin 🔊

*noun* | \ˈkȯin\

**Definition of COIN for Students**

1   : a piece of metal put out by government authority as money

2   : metal money
    - … the quantity of *coin* he had seen was too vast to be real. —Mark Twain, *Tom Sawyer*

### ² coin

*verb*

**Definition of COIN for Students**

**coined**;   **coining**

1   : to make coins especially by stamping pieces of metal : MINT

2   : to make metal (as gold or silver) into coins

3   : to make up (a new word or phrase)

### Learn More about COIN

See words that rhyme with *coin*

Thesaurus: All synonyms and antonyms for *coin*

Spanish Central: Translation of *coin*

Nglish: Translation of *coin* for Spanish speakers

Britannica English: Translation of *coin* for Arabic speakers

Britannica.com: Encyclopedia article about *coin*

## Seen and Heard

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant    sichophant
sycophant    sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ ›

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ ›

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant    sichophant
sycophant    sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ ›

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ ›

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant    sichophant
sycophant    sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ ›

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ ›

TEST YOUR VOCABULARY

Winning Words from Scripps Spelling Bee Quiz

Which is the correct spelling of the winning word from 1964?

sychophant    sichophant
sycophant    sicophent

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ ›

Test Your Knowledge - and learn some interesting things along the way.
TAKE THE QUIZ ›



forestcoin@outlook.com     (310) 970-2400                                      f



FORESTCOIN
Digital Currency

Home   Shop   Blog   About   Contact   Get Involved   Programs



# FORESTCOIN

At ForestCoin we are a Crypto Currency that is dedicated to raising funds to purchase and preserve Forests Worldwide! We promote initiatives to serve the forests that need them most. We believe in taking action with urgency in order to raise public awareness about some of the most pressing issues facing today's forests. Please join us by supporting our efforts to make a measurable difference in the air we breathe contributed by the forests we are protecting in this world that we live in. Complying with SEC regulations designed to protect investors, our improvements will enhance any investment portfolio.



About

**Our Roots**

"You know all of the National Parks and Forests that our current administration is doing away with? Well, we are the crypto currency that is going to save our forests. So if you think that our National Parks and Forests are are important?  Then invest in ForestCoin.  Imagine a crypto currency that is dedicated to save the forests of our planet?   Our decision making process is informed by comprehensive empirical studies and high quality data evaluation. We strive to build productive relationships and make a positive impact with all of our pursuits.

Contact



Sustainable Fire Prevention



Sustainable Water Production



Forest Species Protection



"The road to positivity is strewn with the abandoned vehicles of the faint hearted"

Peter McWilliams



## Contact ForestCoin

Get in touch with ForestCoin to learn more about our work and

how you can get involved.

forestcoin@outlook.com

f

Name                    Email

Subject

Message

Send

1 Kilo CBD isolate

$7,500.00

Forever Young CBD cream

$40.00

Kiri Tree

$10,000.00

Best Seller

40 acres of Forest Land

$100,000.00

Subscribe

Email Address                                                    Submit

Follow              Contact                     Address

f              forestcoin@outlook.com      2206 Lincoln Blvd
                                            Santa Monica, Los Angeles County 90405
                                            USA

©2018 by ForestCoin the Crypto Currency for the planet!

https://www.forestcoin.com/

6/1/2018 5:01 PM

forestcoin@outlook.com    (310) 970-2400                                    f

 **FORESTCOIN**
Digital Currency

Home   Shop   Blog   About   Contact   Get Involved   Programs

## Our Projects



### US Forests & National Parks

ForestCoin - Saving National Parks and US Forests by preserving them with our currency.

**Save the Forests**



### Housing the Homeless

Providing Communications, Food, Power, Shelter and Water in exchange for farming

**Make a Difference**



### Sustainable Water & Power

Water & Power for every community around every forest and rain-forest that we protect with FC off-grid perpetual Water and Power

**Learn About it**

| Follow | Contact | Address |
|---|---|---|
| f | forestcoin@outlook.com | 2206 Lincoln Blvd<br>Santa Monica, Los Angeles County 90405<br>USA |

©2018 by ForestCoin the Crypto Currency for the planet!

https://www.forestcoin.com/programs

6/1/2018 5:07 PM



**FORESTCOIN**
Digital Currency

Home   Shop   Blog   About   Contact   Get Involved   Programs



# About Us

### Behind the Scenes

*"We believe in the value of trees.  Forests provide oxygen while cleaning the atmosphere, and we need this for our growing population.  The problem is that most of society will not understand the value of our forests until they are gone. I believe that we all face a common denominator, that has pulled us away from the ability to appreciate nature, and to understand the value of what has been created, and what we have been given dominion over.  We have been chemically infiltrated through chlorine and fluoride. It has separated us from God, and through that, separated us from nature.  Every country that has applied it, has emptied out their churches, mosques, and synagogues.  In modern day autopsies we find that most humans today in America have saturated pineal glands by age 12.  Chlorine and fluoride both saturated to a gland in the center of our brain, that binds us to nature itself.  By getting rid of it, it make us easier to control. Located deep in the center of the brain, the pineal gland was once known as the "third eye."  Fluoride is likely to cause decreased melatonin production and to have other effects on normal pineal function, which in turn could contribute to a variety of effects in humans." (National Research Council 2006) Roughly 50% of the population has calcified pineal glands by age 12, "calcified," through various nefarious agents, most notably fluoride, mercury from vaccines, even chemtrails.  It is through our air and water systems, that these chemical agents are applied into society.  Because of this, we have developed a sustainable perpetual water system, that is chlorine and fluoride free, something that society needs once again.   We have developed modern day, advanced clean energy applications, that can sustain the planet for a growing population, while saving our forests at the same time.  We don't have the luxury to wait, to save mother nature, its got to start with you, come join a team that is saving Forests today, we need you, like we need every tree."*

Chris Sanders
CEO
ForestCoin

Our Tokens Plants Trees.
Our Currency has value in Biomass and Cabon Credits.

Our solar arrays and wind farms create water and power.  This surplus water and power is then put on to a deregulated market, which is then immediately realized as actual dollars to consumers across the United States.  Energy that we produce in the Los Angeles National Forest, can be sold to customers hundreds of miles away.

Here at ForestCoin, we see the value in everyone. We want to be a catalyst for positive change, Learn more about our mission to take care of the homeless and our veterans, our vision to be a new clean energy and conservation company, making the changes we need to see. ForestCoin is an international  group of proven people that care.  We do not have everyone on board yet, but this is the team we are trying to build.
This is the team that we want to have to defend our planet.

Sky Benson - Media Relations
Erin Brokovich - Remediation
Donald Cleary - Investments
Leonardo Egawa - Rainforests
Adam Good - Sustainable Applications
Captain Rich Green -  Shipping
Gene Johnson - Hydrogen Energy
Nitish Kannan -  Payment Solutions
Alex Kushnirenko -  Russian Forestry
Eric Novashen - ForestCoin  ICO Officer
Ken Okura - Carbon Credits
Art Pekarek - Colombian Forestry
Jeffery Ruiz - Housing the Homeless
Christopher Sanders - Land, Power, and Water
Russ Savadian - International Banking
Terry Tamminen - Environmental Guidance

| Follow | Contact | Address |
|--------|---------|---------|
| f | forestcoin@outlook.com | 2206 Lincoln Blvd |
| | | Santa Monica, Los Angeles County 90405 |
| | | USA |

©2018 by ForestCoin the Crypto Currency for the planet!

| **To:** | Forest Coin Inc. (eric@envision-capital.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87801470 - FORESTCOIN - N/A |
| **Sent:** | 6/3/2018 2:22:21 PM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED ON **6/3/2018** FOR U.S. APPLICATION SERIAL NO. 87801470

Your trademark application has been reviewed.  The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond.  Please follow these steps:

**(1)  READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **6/3/2018**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.  A response transmitted through TEAS must be received before midnight **Eastern Time** of the last day of the response period.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3)  QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Yatsye I. Lee/
Trademark Examining Attorney
Law Office 107
Phone: 571-272-3897
yatsye.lee@uspto.gov (for informal inquiries)

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document

from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.