William B. DeClercq, SBN 240538
**TAYLOR ENGLISH DUMA LLP**
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Tel: (626) 408-2150
wdeclercq@taylorenglish.com

Amanda G. Hyland (*pro hac vice*)
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
ahyland@taylorenglish.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENDER SOFTWARE PTY LTD., FORESTCOIN PTE, LTD. And FORESTCOIN, LTD<br><br>Plaintiffs,<br><br>v.<br><br>FORESTCOIN, INC.; and CHRISTOPHER CHARLES SANDERS,<br><br>Defendants. | Case No. 2:21-cv-02169-JVS-MRW<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK OF COURT:**

PLEASE TAKE NOTICE THAT Plaintiffs Tender Software Pty Ltd., Forestcoin Pte, Ltd. and Forestcoin, Ltd., ("Plaintiffs") requests entry of default against Defendants Forestcoin, Inc.; and Christopher Charles Sanders. ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a).

This Request is supported by the Declaration of Counsel in Support of Plaintiff's Request for Entry of Default Against Defendant, filed contemporaneously herewith, and the following:

1.     On March 10, 2021, my office filed on behalf of Plaintiffs, filed its Complaint against Forestcoin, Inc.; and Christopher Charles Sanders. (Doc. No. 1.)

2.     On March 10, 2021, the Clerk of the Court issued a Summons to Defendant Forestcoin, Inc. (Doc. No. 3).

3.     On March 10, 2021, the Clerk of the Court also issued a Summons to Defendant Christopher Charles Sanders (Doc. No. 3-1).

4.     The record indicates that service of Defendants was made on May 8, 2021. See Doc. No. 17.

5.     Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to answer or otherwise respond to the Complaint was June 1, 2021.

6.     As of June 14, 2021, Defendants had failed to answer or otherwise respond to the Complaint, which is a ground for which the clerk "must enter the party's default" under Federal Rule of Civil Procedure 55(a).

7.     Accordingly, Plaintiffs respectfully requests that the Clerk of the Court enter default against Defendants Forestcoin, Inc.; and Christopher Charles Sanders, pursuant to Federal Rule of Civil Procedure 55(a).

/ / /

/ / /

/ / /

2          REQUEST FOR ENTRY OF DEFAULT

DATED:  June 14, 2021          Respectfully submitted,


/s/ William B. DeClercq

William B. DeClercq, SBN 240538
**TAYLOR ENGLISH DUMA LLP**
1055 West Seventh Street, Suite 3300
Los Angeles, CA 90017
Telephone: (626) 408-2150
wdeclercq@taylorenglish.com

Amanda G. Hyland (*pro hac vice*)
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
ahyland@taylorenglish.com

*Counsel for Plaintiffs*

REQUEST FOR ENTRY OF DEFAULT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2021, I electronically filed the document PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT and DECLARATION OF WILLIAM B. DECLERCQ with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registrants of record, and I caused a copy of the foregoing to be mailed via U.S. Mail to the last known address of Defendants to ATTN: Christopher Charles Sanders, 14394 Clifton Road, Marietta, OK 73448-2082

*/s/ William B. DeClercq, Esq.*

William B. DeClercq, SBN 240538

*Counsel for Plaintiff Crown Cell Inc.*

4          REQUEST FOR ENTRY OF DEFAULT