William B. DeClercq, SBN 240538
**TAYLOR ENGLISH DUMA LLP**
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Tel: (626) 408-2150
wdeclercq@taylorenglish.com

Amanda G. Hyland (*pro hac vice*)
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
ahyland@taylorenglish.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENDER SOFTWARE PTY LTD., FORESTCOIN PTE, LTD. And FORESTCOIN, LTD<br><br>Plaintiffs,<br><br>v.<br><br>FORESTCOIN, INC.; and CHRISTOPHER CHARLES SANDERS,<br><br>Defendants. | Case No. 2:21-cv-02169-JVS-MRW<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

DECLARATION IN SUPPORT OF REQUEST
FOR ENTRY OF DEFAULT

I, William B. DeClercq, declare as follows:

1.     I am an attorney at law duly licensed by the State of California and admitted to practice before all courts of the State of California and the United States District Court, Central District of California. I am an attorney at the law firm Taylor English Duma LLP, counsel for Tender Software Pty Ltd., Forestcoin Pte, Ltd. and Forestcoin, Ltd., Plaintiffs in the above-captioned action.

2.     I submit this Declaration in support of Plaintiffs' Request for Entry of Default Against Defendants.

3.     The matters set forth herein are based on my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon, I could and would testify to the following matters.

4.     On March 10, 2021, my office filed on behalf of Plaintiffs, a Complaint (Doc. No. 1), initiating the present action.

5.     On March 10, 2021, the Clerk of the Court issued a Summons to Defendant Forestcoin, Inc. (Doc. No. 3).

6.     On March 10, 2021, the Clerk of the Court also issued a Summons to Defendant Christopher Charles Sanders (Doc. No. 3-1).

7.     After five weeks of attempts of personal service, service of Defendants was made by mail via its registered agent, Christopher Charles Sanders, on May 5, 2021, by Angela Elemen.   *See* Doc. Nos. 16 and 17 (proof of service).

8.     The record lists the date of service as May 8, 2021.  See Doc. No. 17.

9.     The Declaration of Service was attested to by Ryan M. Wilson, an Appointed and Certified process serve and case manager, on May 11, 2021.  *See* Doc. No. 16-1 (declaration of service).

10.     The deadline for Defendants to respond to the Complaint was June 1, 2021.  *See* Doc. No. 17.  Fed. R. Civ. P. 12(a)(1)(A)(i).

11.     Defendants have failed to file a pleading or motion permitted by law in

2

DECLARATION IN SUPPORT OF REQUEST
FOR ENTRY OF DEFAULT

response to the complaint.

12. Defendants have not contacted my offices to request additional time to respond to the complaint.

13. I am informed and believe that the Defendants are neither a minor nor an incompetent person.

14. I am informed that the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of June, 2021, at Los Angeles, California.

*/s/ William B. DeClercq*
_____
William B. DeClercq

3          DECLARATION IN SUPPORT OF REQUEST
FOR ENTRY OF DEFAULT