William B. DeClercq, SBN 240538
**TAYLOR ENGLISH DUMA LLP**
1055 West Seventh Street, Suite 3300
Los Angeles, CA 90017
Tel: (626) 408-2150
wdeclercq@taylorenglish.com

Amanda G. Hyland (admitted *pro hac vice*)
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA  30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
ahyland@taylorenglish.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENDER SOFTWARE PTY LTD., FORESTCOIN PTE, LTD. and FORESTCOIN, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>FORESTCOIN, INC.; and CHRISTOPHER CHARLES SANDERS, Defendants. | Case No.:  2:21-cv-02169-JVS-MRW<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FOREST COIN, INC.; AND CHRISTOPHER CHARLES SANDERS**<br><br>**[MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION FILED CONCURRENTLY HEREWITH]**<br><br>Judge:  Hon. James V. Selna<br>Date:   September 13, 2021<br>Time:  1:30 p.m.<br>Courtroom:  Santa Ana, Courtroom 10C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**

**PLEASE TAKE NOTICE** that on September 13, 2021, at 1:30 p.m. or as soon as possible, the matter may be heard before the Honorable James V. Selna in Santa Ana, Courtroom 10C, located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516., Plaintiffs  ForestCoin Pte. Ltd., Forestcoin Ltd. and Tender Software Pty Ltd., (collectively "Plaintiffs") will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 55 for default judgment against Defendants ForestCoin, Inc., and Christopher Charles Sanders (collectively "Defendants") on all claims in this action.

Pursuant to Fed. R. Civ. P. 55, this motion is made on the grounds that the Court (1) issue a permanent injunction restraining and enjoining Defendants from using the FORESTCOIN trademark, as well as any names or marks confusingly similar to Tender Software's FORESTCOIN trademark;  (2) order Defendants to remove and/or deliver up for destruction all advertisements, packaging, labels, materials, and other articles bearing the FORESTCOIN mark, as well as any other marks that infringe Tender Software's FORESTCOIN trademark; (3) provide for Tender Software's recovery of $700,000 in statutory damages for its use of counterfeit trademarks; (4) order costs and reasonable attorneys' fees; (5) require Defendants to pay statutory damages for violating the Anti-Cybersquatting Protection Act in the amount of $100,000; (6) require Defendants to transfer the

forestcoin.com domain name to Plaintiffs; and (7) award Plaintiffs any other relief as the Court may deem just and proper. This Motion is based upon this Notice of Motion and Application, the accompanying Memorandum of Points and Authorities, Declaration of Amanda G. Hyland (including the Exhibits attached to same) and any other additional argument or evidence that may be presented at or before the hearing of this Motion.

Dated:  July 26, 2021                              TAYLOR ENGLISH DUMA LLP

By:  */s/ William B. DeClercq*
WILLIAM B. DECLERCQ
AMANDA G. HYLAND
(admitted *pro hac vice*)

*Attorneys for Plaintiffs*